# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray Cash,

PLAINTIFF(S)

v.

Resurgent Capital Services, L.P.,

DEFENDANT(S)

CASE NUMBER

2:24-cv-10356-ODW-SK

**ORDER ON REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**(NON-PRISONER CASE)**

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it.  On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.    ☒ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees.  This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☒ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks  ☐ subject matter jurisdiction  ☐ removal jurisdiction.

    ☐ The action is frivolous or malicious.

    ☐ The action fails to state a claim upon which relief may be granted.

    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

    (1) pay the full filing fee of $405; AND

    (2) file a notice with the Court indicating the filing fee has been paid.

    If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

December 9, 2024

Date

United States District Judge