Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
12/13/24
CENTRAL DISTRICT OF CALIFORNIA
BY   MRV   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Artis-Ray: Cash Jr., <br>         Plaintiff, <br> vs. <br> Resurgent Capital Services, L.P., <br>         Defendant. | Case No.  2:24-cv-10356-ODW-SK <br><br> **MOTION FOR RECONSIDERATION OF DENIAL OF REQUEST TO PROCEED IN FORMA PAUPERIS** |
|---|---|

**TO THE HONORABLE JUDGE OTIS D. WRIGHT, II OF THE UNITED STATES DISTRICT COURT:**

Plaintiff, Artis-Ray Cash Jr., respectfully submits this Motion for Reconsideration of the Court's December 9, 2024, Order denying Plaintiff's Request to Proceed In Forma Pauperis ("IFP"). In support of this Motion, Plaintiff states the following:

**I. BACKGROUND**

On 12/02/2024, Plaintiff submitted a Request to Proceed In Forma Pauperis, asserting financial hardship and inability to pay the filing fee of $405. The Court denied the Request on

December 9, 2024, finding that Plaintiff has the ability to pay the filing fee.

## II. BASIS FOR RECONSIDERATION

Pursuant to Local Rule 7-18, reconsideration is warranted due to:

1. **Material Facts Overlooked**: The Court may have overlooked or misinterpreted Plaintiff's submitted financial information, which demonstrates significant financial hardship.
2. **New Evidence**: Plaintiff has additional documentation that further illustrates financial inability to pay the filing fee, including bank statements and credit card fee information.

## III. FINANCIAL HARDSHIP

Plaintiff's current financial situation is as follows:

- Monthly income: Roughly $2100
- Monthly expenses: Housing - $900; Transportation - $200; Food $500; Utilities - $100 (plus $200 unexpected for repairs); Credit Card - $200 (plus roughly $200 unexpected fees); SAG-AFTRA and other acting job fees - $200.
- Remaining balance: -$8.06 Chime, $2.36 total First Entertainment Credit Union

Plaintiff has no discretionary income available to cover the filing fee and continues to experience financial hardship. Plaintiff had to borrow money to take care of extra expenses.

## IV. RELIEF REQUESTED

For the reasons outlined above, Plaintiff respectfully requests that the Court reconsider the denial of Plaintiff's Request to Proceed In Forma Pauperis and grant Plaintiff leave to proceed without paying the filing fee.

## V. CONCLUSION

   Plaintiff is committed to pursuing this action in good faith and respectfully asks for the Court's understanding of Plaintiff's financial circumstances.

Respectfully submitted,

Dated: 12/12/2024                                         /s/ Artis Ray Cash Jr
                                                          Artis-Ray: Cash Jr.
                                                          IN PRO PER

**Attachments**

1. **Exhibit A** – Remaining bank balances
2. **Exhibit B** – Credit Card fees for the month

**EXHIBIT A**



P.O. Box 100 Hollywood, CA 90078-0100

ARTIS CASH JR

**STATEMENT OF ACCOUNT**

| Member No. | Statement Period | Page |
|---|---|---|
| | 11/01/24 Thru 11/30/24 | 1 of 1 |

| ACCOUNT BALANCE SUMMARY | | |
|---|---|---|
| 00 | FIRST500 SAVINGS | $ 1.24 |
| 80 | VALUE CHECKING | $ 1.12 |

### FIRST500 SAVINGS #00

| | Ending Balance |
|---|---|
| | $ 1.24 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | 11/01/24 | Balance Forward | | | 1.24 |
| | | **No Activity this Period** | | | |

### VALUE CHECKING #80

| | Ending Balance |
|---|---|
| | $ 1.12 |

| Transaction Date | Posting Date | Transaction Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| | 11/01/24 | Balance Forward | | | 1.12 |
| | | **No Activity this Period** | | | |



Artis Cash

## Checking Account Statement

**Account number**

**Statement period**

November 2024  (November 01, 2024 - November 30, 2024)

Summary

Ending balance on November 30, 2024          -$8.06

# EXHIBIT B

**DESTINY™** 

ARTIS CASH JR                                           Account number ending in

**ACCOUNT SUMMARY**

Statement Closing Date                November 21, 2024

+FEES CHARGED                $99.00
+INTEREST CHARGED            $6.14
=New Balance                 $320.55

**QUESTIONS?** Call 1-800-583-5698
**Please mail billing inquiries to:**
Concora Credit
P.O. Box 4499
Beaverton, OR 97076-4499
www.destinycard.com

**indigo®** 

ARTIS CASH JR                                           Account number ending in

**ACCOUNT SUMMARY**

Statement Closing Date                November 21, 2024

+FEES CHARGED                $99.00
+INTEREST CHARGED            $6.08
=New Balance                 $322.49

**QUESTIONS?** Call 1-800-353-5920
**Please mail billing inquiries to:**
Concora Credit
P.O. Box 4499
Beaverton, OR 97076-4499
www.indigocard.com