1  YU | MOHANDESI LLP
2  **B. Ben Mohandesi (SBN 214921)**
3  213.377.5505 | bmohandesi@yumollp.com
   **Lisa M. Lawrence (SBN 240375)**
4  213.377.5504 | llawrence@yumollp.com
5  633 West Fifth Street, Suite 2800
   Los Angeles, CA 90071
6  213.377.5501 Facsimile

7  Attorneys for Defendant
8  Resurgent Capital Services LP

9

10            UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

| ARTIS-RAY CASH JR., | Case No.: 2:24-cv-10356-ODW-SK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT RESURGENT CAPITAL SERVICES LP'S <u>AMENDED</u> NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C) AND 28 U.S.C. § 1915(E)(2)(A)** |
| vs. | |
| RESURGENT CAPITAL SERVICES L.P., | |
| Defendant. | |

# [PROPOSED] ORDER

Defendant Resurgent Capital Services LP's ("Defendant") Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(c) and 28 U.S.C. § 1915(e)(2)(A) (the "Motion") came on for hearing on August 25, 2025, at 1:30 p.m., in Courtroom 5D of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA. 90012, the Honorable Otis D. Wright II presiding,. Upon consideration of the pleadings, all moving, opposition and reply papers submitted by Defendant and Plaintiff Artis-Ray Cash Jr.'s ("Plaintiff"), and any oral arguments, and with good cause shown, the Court hereby states as follows:

Defendant's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that all of Plaintiff's claims against Defendant in this action are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____      _____
                                  Honorable Otis D. Wright II
                                  U.S. District Court Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date executed below, a true and correct copy of the following:

- **[PROPOSED] ORDER GRANTING DEFENDANT RESURGENT CAPITAL SERVICES LP'S AMENDED NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) AND 28 U.S.C. § 1915(e)(2)(A)**

was duly served upon the following party in the matter at the address indicated below:

|  | CM/ECF | MAIL | E-MAIL |
|---|---|---|---|
| Artis-Ray Cash<br>453 South Spring Street, Suite 400<br>PMB 1211<br>Los Angeles CA 90013<br>Email: artiscashjr@yahoo.com<br>*Plaintiff Pro Se* |  |  | X |

DATED:  July 23, 2025    By  */s/ B. Ben Mohandesi*
                                                          B. Ben Mohandesi