Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Artis-Ray: Cash Jr.,<br>                Plaintiff,<br><br>   vs.<br><br>Resurgent Capital Services, L.P.,<br>                Defendant. | No. 2:24-cv-10356-ODW-SK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)** |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Artis-Ray: Cash Jr. hereby moves the Court for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. This motion is based on the grounds that the pleadings demonstrate Plaintiff is entitled to judgment as a matter of law, as Defendant Resurgent Capital Services LP ("Resurgent") has failed to raise any valid defense or demonstrate any lawful purpose for obtaining Plaintiff's consumer report under the Fair Credit Reporting Act ("FCRA").

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the pleadings and records on file in this case, and any other argument or evidence the Court may consider.

Dated: July 22, 2025

Respectfully submitted,

By: /s/ Artis Ray Cash Jr

     **Artis-Ray: Cash Jr.**

     Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I, Artis-Ray: Cash Jr., declare as follows:

I am the Plaintiff in this action, appearing pro se. On **July 22, 2025**, I served the following document:

**1. PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(C)**

**2. MEMORANDUM OF POINTS AND AUTHORITIES**

**3. [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

on the following counsel of record via electronic mail (email):

**Counsel for Resurgent Capital Services, L.P.**

Behzad Ben Mohandesi

Yu Mohandesi LLP

Email: bmohandesi@yumollp.com

I served the above document by transmitting a PDF copy to the email address listed above. I did not receive any message or notification that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2025 Los Angeles, California

1  /s/ Artis Ray Cash Jr

2  Artis-Ray: Cash Jr.