O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ARTIS-RAY CASH, JR., | Case No. 2:24-cv-10356-ODW (SKx)_ |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RESURGENT CAPITAL SERVICES, L.P., | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's motion to dismiss, (ECF No. 39), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 20, 2025

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**