UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-10356-ODW (SKx) | Date | November 24, 2025 |
|---|---|---|---|
| Title | *Artis-Ray Cash Jr v. Resurgent Capital Services, L.P.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    In Chambers

The Court, on its own motion, hereby **CONTINUES** the hearing on the Court's Order to Show Cause, (Dkt. No. 39), to **DECEMBER 16, 2025, at 11:00 a.m.**, via Zoom. The call-in information is as follows:

**Zoom Webinar Information**
**Link:** https://cacd-uscourts.zoomgov.com/j/1610135754?pwd=dlBkSTB5QUsyTEVzZ3JtajA1b211QT09
**Telephone**: (669) 254-5252
**Webinar ID**: 161 013 5754
**Passcode:** 136454

**If the Host "enables you to speak." Press *6 to mute/un-mute your telephone audio.**

|   | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |