UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-10356-ODW (SKx) | Date | December 16, 2025 |
|---|---|---|---|
| Title | *Artis-Ray Cash Jr v. Resurgent Capital Services, L.P.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Phyllis Preston | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Artis-Ray Cash, Jr. (pro se)-ZOOM | Not present |

**Proceedings: Order to Show Cause re Monetary Sanctions [39] (ZOOM)**

 

     Case called, zoom appearance made by plaintiff only.  The Court heard argument from Plaintiff Artis-Ray Cash, Jr., proceeding pro se.  The Court took the matter under submission. A detailed written ruling will issue.

                                                         :     10

Initials of Preparer    SE