Artis-Ray: Cash Jr.
453 South Spring street
Suite 400 PMB 1211
Los Angeles, CA 90013
831-346-2562
artiscashjr@yahoo.com

Artis-Ray: Cash Jr., IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2026
CENTRAL DISTRICT OF CALIFORNIA
BY_____rsm_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Artis-Ray: Cash Jr., | No. 2:24-cv-10356-ODW-SK |
|---|---|
| Plaintiff, | |
| vs. | **RESPONSE TO ORDER TO SHOW** |
| Resurgent Capital Services, L.P., | **CAUSE RE PAYMENT OF SANCTIONS** |
| Defendant. | |

   Plaintiff Artis-Ray: Cash Jr., respectfully submits this Response to the Court's February 25, 2026 Order to Show Cause (Dkt. 47) regarding payment of monetary sanctions.

   On January 20, 2026, the Court ordered Plaintiff to pay $405.00 in monetary sanctions no later than February 20, 2026.

   Plaintiff timely complied.

   On **February 17, 2026**, three days before the Court's deadline, Plaintiff personally appeared at the United States District Court Clerk's Office and paid **$405.00** using a debit card.

   A true and correct copy of the payment receipt is attached hereto as **Exhibit A**.

   At the time of payment, Plaintiff inquired with the Clerk's Office whether any additional filing or notice was required to reflect the payment on the docket. Plaintiff was informed that the

1

payment would be reflected automatically.

Plaintiff has acted in good faith and fully complied with the Court's Order within the time provided. Any failure of the docket to reflect the payment appears to be clerical or administrative in nature and was not due to any failure to remit payment.

Accordingly, Plaintiff respectfully requests that the Court:

1. Discharge the Order to Show Cause;

2. Confirm that the January 20, 2026 monetary sanction has been satisfied; and

3. Decline to initiate civil contempt proceedings or impose additional monetary penalties.

Plaintiff submits this Response promptly upon receiving the Court's Order and provides documentary proof of timely compliance.

**DECLARATION OF ARTIS-RAY: CASH JR.**

I, Artis-Ray: Cash Jr., declare as follows:

1. I am the Plaintiff in this action.

2. On February 17, 2026, I paid $405.00 in monetary sanctions at the United States District Court Clerk's Office using my debit card.

3. The payment was made prior to the Court's February 20, 2026 deadline.

4. A true and correct copy of the receipt is attached as Exhibit A.

5. At the time of payment, I was informed that the payment would be reflected on the docket automatically.

6. I have acted in good faith and complied with the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2026, at Los Angeles, California.

Artis-Ray: Cash Jr.

Plaintiff, Pro Se

# EXHIBIT A

Generated: Feb 17, 2026 2:55PM                                                                                         Page 1/1



## U.S. District Court

### California Central - Los Angeles

ARTIS-RAY CASH JR                                                                            Receipt Date: Feb 17, 2026 2:55PM

Rcpt. No: 40867            Trans. Date: Feb 17, 2026 2:55PM                            Cashier ID: #RS (3981)

| CD  | Purpose                              | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|--------------------------------------|----------------------|-----|--------|--------|
| 118 | Sanctions/Contempt of court Fines    | /001 1               | 1   | 405.00 | 405.00 |

| CD  | Tender      |  |  |  | Amt     |
|-----|-------------|--|--|--|---------|
| CC  | Credit Card |  |  |  | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

**Comments:** DCAC 2 24 CV 10356 001

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

```
COURTS/USDC-CA-C
255 E TEMPLE ST STE 180
LOS ANGELES, CA 90012
     2138947164

            SALE
2/17/26                    2:47PM
Merchant ID: *****5120
Terminal ID: 2

Subtotal              $405.00
TOTAL                 $405.00
Capital One Debit (Discover)
**************7847
Contactless

AUTH 064806
Batch 048001
Trans ID 942
Ref 250100003
Invoice 005170226144749

         APPROVED
DEBIT            A0000001524010
AID                        3030
ARC                 0080048000
TVR                        4800
TSI        1BA75BCEAAC92B1D
AC                     36E04000
TTQ                0x80 (ARQC)
CID

Approved            USD $405.00

       PIN VERIFIED

       CARDHOLDER COPY
```